FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 22 2019 ★
BROOKLYN OFFICE

FILED
US DISTRICT COURT E.D.N.Y.
★ JAN 04 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMMED BELLO,

        Plaintiff,

-against-

HOME DEPOT U.S.A. INC.,

        Defendant.
------------------------------------------------------------X

REPORT & RECOMMENDATION
18 CV 3171 (WFK)(LB)

**BLOOM, United States Magistrate Judge:**

*Pro se* plaintiff commenced this action against defendant on May 29, 2018, ECF No. 1, and the summons was issued on August 15, 2018, ECF No. 8. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). On August 16, 2018, the Court ordered plaintiff to serve defendant with the summons and complaint by November 13, 2018. As of the date of this Report, the Court's record does not reflect that plaintiff has properly served defendant. Because plaintiff has failed to show good cause why service was not timely effected on defendant, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be

1

made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/ Judge Lois Bloom
_____
LOIS BLOOM
United States Magistrate Judge

Dated: January 4, 2019
    Brooklyn, New York

The application is ✓ granted.
SO ORDERED) ☐ denied.
s/WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: January 14/2019
    Brooklyn, New York